UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

CHIAKA OGUADINMA ,
                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 314 (GHW) (__)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021

Defendant __CHIAKA OGUADINMA_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- **X** Initial Appearance/Appointment of Counsel
- **X** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- **X** Preliminary Hearing on Felony Complaint
- **X** Bail/Revocation/Detention Hearing
- **X** Status and/or Scheduling Conference
- ___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Chiaka Oguadinma**
_____
Print Defendant's Name

**Elena Fast**
Digitally signed by Elena Fast
Date: 2021.06.14 16:44:47 -04'00'
_____
Defense Counsel's Signature

**Elena Fast**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

June 21, 2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge