

# The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor New York, NY 10175 Phone: (212) 729-9494

January 11, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022
```

**Via ECF**
The Honorable Gregory H. Woods
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

Re:   **United States v. Chiaka Oguadinma**
      21 cr 314 (GHW)

Dear Judge Woods:

I represent Chiaka Oguadinma on the above captioned matter. We are scheduled to appear before your Honor for a conference on January 18, 2022.

I am writing with the consent of AUSA Slavik to request a brief adjournment of the conference. Additional time is required for the parties to continue plea negotiations. The parties are available on February 2, February 7 (afternoon), February 9 (afternoon), February 10 (afternoon), and February 15 – February 18, 2022 if the Court has any availability.

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Chiaka Oguadinma

---

Application denied without prejudice. This application does not state the parties' positions regarding the exclusion of time under the Speedy Trial Act through any new conference date. The Court's Individual Rules of Practice require that a party seeking an exclusion of time under the Speedy Trial Act submit additional information as detailed there. It is not clear from this application for an adjournment whether either party is seeking the exclusion of time in connection with this application. Any renewed application for an adjournment should expressly state the position of the parties with respect to that issue, and, if either party is seeking the exclusion of time, comply with the Court's Individual Rules with respect to the request.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 39.
SO ORDERED.
Dated: January 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge