```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   UNITED STATES OF AMERICA,                                  :
                                                              :
                                                              :
                    -v-                                       :    1:21-cr-314-GHW
                                                              :
                                                              :
   ALPHA SHABAN and                                           :         ORDER
   CHIAKA OGUADINMA,                                          :
                                                              :
                                    Defendants.   X
-------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/2022

GREGORY H. WOODS, United States District Judge:

The Court has received an application by counsel for Mr. Oguandinma to withdraw as counsel. The Court will hold a conference regarding the proposed change of counsel on January 27, 2022 at 9:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: January 25, 2022
   New York, New York

_____
GREGORY H. WOODS
United States District Judge