

# The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor New York, NY 10175 Phone: (212) 729-9494

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2022
```

January 25, 2022

**Via ECF**
The Honorable Judge Gregory H. Woods
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:    Chiaka Oguadinma**
         21 cr 314 (GHW)

Dear Judge Woods:

As you know, my firm represents Chiaka Oguadinma in the above referenced criminal matter.

We are scheduled to appear before Your Honor in person on January 27, 2022 at 9:00 AM for a conference regarding the proposed change of counsel. I am writing to respectfully request that Mr. Oguadinma be permitted to participate in the conference virtually.

Currently, Mr. Oguadinma resides in the Southern District of Texas and shares childcare obligations for his young child with his wife. A virtual proceeding would spare Mr. Oguadinma financial costs associated with hotel and air travel, as well as logistical concerns of having to find another caretaker for his son for the two days that Mr. Oguadinma would need to be in New York.

I am enclosing Mr. Oguadinma's written consent to participate in the conference virtually. Thank you for your time and consideration of this request.

Respectfully submitted,

s/Elena Fast
Elena Fast, Esq.
Counsel for Chiaka Oguadinma

Application granted. The Court will conduct the proceeding on the Teams videoconferencing platform. The Court will issue a separate order with information regarding access to the conference.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 45.

SO ORDERED.
Dated: January 25, 2022          _____
New York, New York                    GREGORY H. WOODS
                                      United States District Judge