```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 1/26/2022
-----------------------------------------------------------X
                                                :
    UNITED STATES OF AMERICA                    :
                                                :
                                                :
                                                :     1:21-cr-314-GHW
                          -against-             :
                                                :           ORDER
                                                :
    CHIAKA OGUADINMA,                           :
                                                :
                                     Defendant. :
-----------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that the proceeding scheduled to take place on January 27, 2022 at 9:00 a.m. will take place on the Microsoft Teams videoconference platform. To access the conference, paste the following link into your browser:

https://teams.microsoft.com/dl/launcher/launcher.html?url=%2F_%23%2Fl%2Fmeetup-join%2F19%3Ameeting_MDg3YTU4ZGYtOTlmYi00MTE5LWEyODMtNGZiYzRlODA2ZmQ4%40thread.v2%2F0%3Fcontext%3D%257b%2522Tid%2522%253a%25221d66f037-8266-4d1c-919c-67c6543d3542%2522%252c%2522Oid%2522%253a%252279c81400-3587-4ee7-8008-ba97ebee86ba%2522%257d%26anon%3Dtrue&type=meetup-join&deeplinkId=207d7185-2251-4e1f-8c04-df2805b7b17c&directDl=true&msLaunch=true&enableMobilePage=true&suppressPrompt=true

To use this link, you may need to download software to use the platform's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference—including their ability to access the link above. Defense counsel shall assist the defendant in testing his or her videoconference capability so that the defendant can participate by videoconference if that is feasible.

---

[1] *See* Microsoft, *Download Microsoft Teams* (last visited January 27, 2021), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Microsoft Teams application is highly recommended.[2] When you successfully access the link, you may be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams. For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

Members of the press, public, or counsel may access the conference's audio using the following credentials:

>   Call-in number:   (917) 933-2166
>   Conference ID:    628 124 738#

The Court requests that members of the public consider accessing the conference by telephone, rather than through the Microsoft Teams videoconference platform. While the proceeding is accessible to the public through the Microsoft Teams videoconference platform, the inclusion of many participants on the videoconference platform can reduce the quality of the video stream for the parties and their respective counsel.

SO ORDERED.

Dated: January 26, 2022
New York, New York

GREGORY H. WOODS
United States District Judge

---

[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.