```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2022
```

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Chiaka Oguadinma,

        Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 314 (GHW) (__)

Defendant ___Chiaka Oguadinma_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [X] Initial Appearance/Appointment of Counsel
- [X] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [X] Preliminary Hearing on Felony Complaint
- [X] Bail/Revocation/Detention Hearing
- [X] Status and/or Scheduling Conference
- [X] Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Chiaka Oguadinma**
Print Defendant's Name

**Elena Fast**
Digitally signed by Elena Fast
Date: 2022.01.25 13:13:42 -05'00'
_____
Defense Counsel's Signature

**Elena Fast, Esq.**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

January 27, 2022
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge

Doc ID: c32a9f4c5a083779d3303bcc2041b01a75edcc36