USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                          :

UNITED STATES OF AMERICA,          :

                                          :

                    -v-                  :              1:21-cr-314-GHW-2

                                          :

CHIAKA OGUADINMA,               :              <u>ORDER</u>

                                          :

                   Defendant.  :

                                          :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of the CHIAKA OGUADINMA by and through his attorney, STEPHAN TURANO, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, MARY C. SLAVIK, Assistant United States Attorney, of counsel, it is hereby ORDERED that the status conference scheduled in this matter for February 16, 2022 is adjourned to April 12, 2022 at 9:00 a.m. The Court will conduct the proceeding on the Teams videoconferencing platform. The Court will issue a separate order with information regarding access to the conference.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through April 12, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 50.

SO ORDERED.

Dated: February 3, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge