```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                          :
UNITED STATES OF AMERICA,          :

           -v -                  :         1:21-cr-314-GHW-2

CHIAKA OGUADINMA,              :         ORDER

                        Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Trial in this matter will commence on Monday, September 12, 2022 at 9:00 a.m. The trial will take place in a courtroom to be determined in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      Pretrial motions by Defendant are due no later than May 30, 2022. The Government's oppositions to any defense motions are due no later than June 20, 2022. Defendants' replies, if any, are due no later than June 27, 2022. The Court will hold a hearing on any defense motions necessitating a hearing on July 19, 2022 at 9:00 a.m.

      The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than July 25, 2022. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on August 22, 2022 at 9:00 a.m.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than July 25, 2022. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: April 12, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge