LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 594-5666
FAX (917) 594-5667

## MEMORANDUM ENDORSED

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (917) 594-5667

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2022
```

April 21, 2022

Via ECF
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. The defendant's conditions of pretrial release are modified as follows: the defendant may travel to Georgia for employment purposes between May 9, 2022 and May 11, 2022. The defendant is directed to provide pretrial services with an itinerary for his travel. The remaining conditions of his pretrial release remain in full force and effect.
> The Clerk of Court is directed to terminate the motion pending at Dkt. No. 69.
> SO ORDERED.
> Dated: April 22, 2022
> New York, New York
>
> _/s/ Gregory H. Woods_
> GREGORY H. WOODS
> United States District Judge

Re:   United States v. Chiaka Oguadinma
      21-Cr.-314 (GHW)

Dear Judge Woods:

    I request that Mr. Oguadinma's pretrial conditions be modified to permit him to travel to Georgia from May 9, 2022, through May 11, 2022, for employment purposes. All other conditions are to remain the same.

    Mr. Oguadinma's Pretrial Services Officer, Officer Valencia Fletcher, consents to this application and the Government does not object.

Respectfully submitted,

/s/ Stephen Turano
Stephen Turano

cc:   All Counsel of Record (by ECF)
      Valencia Fletcher (by email)