```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
  UNITED STATES OF AMERICA,                                    :
                                                               :
                                                               :
                       -v-                                     :
                                                               :
                                                               :
  CHIAKA OGUADINMA,                                            :
                                                               :
                                       Defendant.              :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/2022

1:21-cr-314-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on June 14, 2022 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 27, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge