LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 594-5666
FAX (917) 594-5667

## MEMORANDUM ENDORSED

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (917) 594-5667

September 11, 2022

<u>Via ECF</u>
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Chiaka Oguadinma</u>
                 21-Cr.-314 (GHW)

Dear Judge Woods:

     I request that Mr. Oguadinma's pretrial conditions be modified to permit him to travel and stay in northern New Jersey on September 13th and 14th, 2022, before and, if allowed to self-surrender, after his sentencing. Mr. Oguadinma makes this request due to the considerably higher hotel prices in New York.

                                  Respectfully submitted,

                                  /s/ Stephen Turano
                                  Stephen Turano

cc: All Counsel of Record (by ECF)

Application granted in part. The conditions of the defendant's pre-trial release are modified as follows: the defendant may travel to the District of New Jersey on September 13, 2022 and September 14, 2022. All other conditions of the defendant's pre-trial release remain in full force and effect. The Court declines to rule on any conditions of the defendant's release following sentencing at this time.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 81.
SO ORDERED.
Dated: September 11, 2022

                                _____
                                GREGORY H. WOODS
                                United States District Judge